## 60300. MIDLAND GUARDIAN COMPANY v. RUMSEY.

QUILLIAN, Presiding Judge.

The plaintiff, having prevailed in its trover action to recover certain property, appeals from the failure to grant hire. *Held:*

1. The instructions on the preponderance of evidence were not the subject of a timely objection as required by Code Ann. § 70-207 (a) in order to be reviewable. *Reynolds v. Huckeba,* 231 Ga. 792, 794 (204 SE2d 149).

2. The errors enumerated with regard to the portion of the charge dealing with hire and the failure to direct a verdict on that issue are not meritorious. The plaintiff failed to carry its burden of demonstrating error since the presence of evidence requiring a finding as to the amount of hire is not sustained by the transcript sent to this court.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED JULY 10, 1980 — DECIDED SEPTEMBER 10, 1980.

*Laurie C. Davis,* for appellant.
*J. Fred Ivester,* for appellee.

## 60310. BRAINARD v. THE STATE.

QUILLIAN, Presiding Judge.

On appeal the defendant's enumerations of error all involve the contention that the record fails to reveal the defendant entered a plea of guilty.

By supplemental record the clerk of the trial court has forwarded a copy of the defendant's written plea of guilty. The defendant's enumerations of error are therefore without merit.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED JULY 10, 1980 — DECIDED SEPTEMBER 10, 1980.

*William H. Blackburn, Gwendolyn Adams Odell, A. J. Whitehurst,* for appellant.
*H. Lamar Cole, District Attorney, Richard H. Goolsby, Assistant District Attorney,* for appellee.